**99–637. State v. Studer.**
Seneca App. No. 13–98–46. On motion for stay. Motion denied.

**99–651. State v. Caver.**
Stark App. No. 1997CA00252. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY, J., dissents.

**99–671. Pope v. Univ. Settlement, Inc.**
Cuyahoga App. No. 73946. On motion for stay. Motion denied.
MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

## DISCRETIONARY APPEALS ALLOWED

**99–316. State ex rel. McCleary v. Roberts.**
Franklin App. No. 98AP–224.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–330. Vinci v. Helmbach.**
Cuyahoga App. Nos. 73440 and 73464.
RESNICK, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–340. Upper Valley Med Centers v. Reinhart.**
Miami App. No. 98CA12. *Sua sponte,* cause held for the decision in 97–2419, *State ex rel. Ohio Academy of Trial Lawyers v. Sheward;* briefing schedule stayed.

**99–411. Taylor v. London.**
Madison App. No. CA98–06–024.
DOUGLAS, F.E. SWEENEY and COOK, JJ., dissent.